1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12  PING JIANG,                      )      No. C 07-3909 CRB
                                      )
13                  Plaintiff,        )
                                      )
14        v.                          )
                                      )
15  MICHAEL CHERTOFF, Secretary,      )      DECLARATION OF MELANIE PROCTOR
    Department of Homeland Security;  )
16  ROBERT S. MUELLER, Director of the )
    Federal Bureau of Investigation,  )
17                                    )
                    Defendants.       )
18  _____ )

19  I, Melanie Proctor, declare and state as follows:

20        1.    I am employed by the United States Attorney's Office, Northern District of

21  California, as an Assistant United States Attorney.  My current employment address is 450 Golden

22  Gate Avenue, Box 36055, San Francisco, California, 94102.  I am the attorney assigned to the

23  above-captioned matter.

24        2.    Plaintiff Ping Jiang served the United States Attorney's Office with the Complaint

25  on or about August 2, 2007.  Accordingly, pursuant to Fed. R. Civ. P. 12(a)(3)(A), Defendants'

26  Answer is due on October 2, 2007.

27        3.    On September 7, 2007, Plaintiff moved the Court to grant summary judgment in his

28  favor.

PROCTOR DECLARATION
07-3909 CRB

4.     In his Complaint and in his Motion, Plaintiff alleges that Defendants have unreasonably delayed action on his application for adjustment of status. Defendants are still in the process of investigating the claims raised, and will be unable, in the time allowed, to gather affidavits and present facts essential to justify Defendants' opposition to Plaintiff's motion.

Signed this 10th day of September, 2007, in San Francisco, California.

s/Melanie Proctor
MELANIE PROCTOR

PROCTOR DECLARATION
07-3909 CRB                    2