UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PING JIANG, | ) | No. C 07-3909 CRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [PROPOSED] ORDER ON |
| MICHAEL CHERTOFF, Secretary, | ) | DEFENDANTS' RULE 56(f) MOTION |
| Department of Homeland Security; | ) | |
| ROBERT S. MUELLER, Director of the | ) | |
| Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

It is hereby ordered that Plaintiff's Motion for Summary Judgment is DENIED without prejudice.

Dated:                                _____
                                        CHARLES R. BREYER
                                        United States District Judge