EXHIBIT A

### Proctor, Melanie (USACAN)

**From:** justin@lawbw.com
**Sent:** Thursday, September 06, 2007 10:34 AM
**To:** Proctor, Melanie (USACAN)
**Subject:** RE: Xiang Bin

Thank you. I will fax it to you tomorrow(it's in client's home).

As to the second point, I usually ask Tiff if name check has been expedited or cleared before I file MSJ(I ask attorney if I know who is assigned the case). If I do not have any news, I file MSJ because it is my understanding that the agency will not request expedite just because we filed mandamus action. I will make sure in the future to ask the status of the case before I file MSJ.

***"Proctor, Melanie (USACAN)" <Melanie.Proctor@usdoj.gov>*** wrote:

> Mr. Wang,
>
> Please fax me a copy of the receipt your client received when he was printed, if he has it. My fax number is 415-436-6927.
>
> Regarding the early MSJ, courts strongly disfavor such early motions, regardless of the rule. In addition, as demonstrated by this case, it would be more in your client's interest, financially and otherwise, to give the agency time to advise me of the status of the case.
>
> Sincerely,
> Melanie Proctor
>
> ***********************
> Melanie L. Proctor
> Assistant U.S. Attorney
> Northern District of California
> T: (415) 436-6730
> F: (415) 436-6927
>
> ---
>
> **From:** justin@lawbw.com [mailto:justin@lawbw.com]
> **Sent:** Thursday, September 06, 2007 9:51 AM
> **To:** Proctor, Melanie (USACAN)
> **Subject:** Xiang Bin
>
> Xiang Bin did his print on August 16. Please check with the agency.
>
> Justin X. Wang
> Baughman & Wang
> Attorneys at Law
> 111 Pine Street, Suite 1350
> San Francisco, CA 94111
> Tel. (415)576-9923
> Fax (415)576-9929

# EXHIBIT B

**Proctor, Melanie (USACAN)**

**From:** ECF-CAND@cand.uscourts.gov
**Sent:** Friday, September 07, 2007 10:36 AM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 3:07-cv-03909-CRB Jiang v. Chertoff et al Motion for Summary Judgment

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Wang, Justin entered on 9/7/2007 10:36 AM and filed on 9/7/2007
**Case Name:**      Jiang v. Chertoff et al
**Case Number:**    3:07-cv-3909
**Filer:**          Ping Jiang
**Document Number:** 4

**Docket Text:**
MOTION for Summary Judgment filed by Ping Jiang. (Wang, Justin) (Filed on 9/7/2007)

**3:07-cv-3909 Notice has been electronically mailed to:**

Justin X. Wang    justin@lawbw.com, joanna@lawbw.com, ling@lawbw.com, peggy@lawbw.com

**3:07-cv-3909 Notice has been delivered by other means to:**

9/13/2007