IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PING JIANG,

    Plaintiff,

v.

MICHAEL CHERTOFF, et al,

    Defendants.

                                          /

No. C 07-03909 CRB

**ORDER**

    The parties shall appear for an initial case management conference at 8:30 a.m. on October 12, 2007. In the meantime, proceedings on plaintiff's motion for summary judgment are stayed.

    **IT IS SO ORDERED.**

Dated: Sep. 20, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\3909\orderrecmc.wpd