**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 12, 2007**

**C-07-03909CRB**

**PING JIANG** v. **MICHAEL CHERTOFF**

Attorneys:      Justin Wang                                  Melanie Proctor

Deputy Clerk: **BARBARA ESPINOZA**            Reporter:  N/A

**PROCEEDINGS:**                                                                    **RULING:**

1.  Initial Case Management Conference  -   Held

2. 

3. 

**ORDERED AFTER HEARING:**

 The Court adopts counsels  agreement as to briefing schedule

( ) ORDER TO BE PREPARED BY:    Plntf _____    Deft _____    Court _____

( ) Referred to Magistrate Judge For: 

(X) CASE CONTINUED TO November 30, 2007 @ 10:00 a.m. for Motion for Summary Judgment

Discovery Cut-Off _____     Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____ Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: