1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12 PING JIANG,                    )    No. C 07-3909 CRB
                                  )
13            Plaintiff,          )
                                  )
14     v.                         )    STIPULATED DISMISSAL
                                  )
15 MICHAEL CHERTOFF, Secretary,   )
   Department of Homeland Security; and )
16 ROBERT S. MUELLER, Director of the )
   Federal Bureau of Investigation, )
17                                )
              Defendants.         )
18 _____)

19      Plaintiff, by and through his attorney of record, and Defendants, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

21 entitled action without prejudice in light of the fact that the United States Citizenship and

22 Immigration Services has approved Plaintiff's application for adjustment of status.

23 ///

24 ///

25 ///

26 ///

27 ///

28

   STIPULATED DISMISSAL
   No. C 07-3909 CRB

1    The parties shall bear their own costs and fees.

2    Dated: November 13, 2007                                    /s/

3                                                   MELANIE L. PROCTOR[1]
                                                   Assistant United States Attorney
4                                                   Attorney for Defendants

5

6    Dated: November 14, 2007

7                                                   JUSTIN WANG
                                                   Attorney for Plaintiffs

8

9                              **ORDER**

10   Pursuant to stipulation, IT IS SO ORDERED.

11

12

13   Dated:
                                                   CHARLES R. BREYER
14                                                  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

28       [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/S/) within this efiled document.

     STIPULATED DISMISSAL
     No. C 07-3909 CRB                    2