```
 1  SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 6      Telephone: (415) 436-6730
        FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PING JIANG, | ) | No. C 07-3909 CRB |
| Plaintiff, | ) | |
| v. | ) | STIPULATED DISMISSAL |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; and ROBERT S. MUELLER, Director of the Federal Bureau of Investigation, | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status.

///
///
///
///
///

STIPULATED DISMISSAL
No. C 07-3909 CRB

The parties shall bear their own costs and fees.

Dated: November 1_, 2007

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants

Dated: November _, 2007

JUSTIN WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: Novmeber 28, 2007

CHARLES R. BREYER
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 07-3909 CRB                              2